1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  In re RONALD LEE CANADA            No. C 12-2022 TEH (PR)

12                                     ORDER OF DISMISSAL

13

14  _____/

15

16          On April 23, 2012, Plaintiff, a state prisoner presently

17  incarcerated at California State Prison - Sacramento ("CSP-

18  Sacramento), filed a letter with this court alleging that he is

19  being mistreated by prison officials at CSP-Sacramento in

20  retaliation for exercising his constitutional rights and that he is

21  having trouble obtaining his legal property.  Doc. #1.  The Court

22  Clerk notified Plaintiff in writing at that time that his action was

23  deficient because his complaint was incomplete (Doc. #2) and because

24  he had neither paid the requisite $350.00 filing fee nor submitted a

25  signed and completed court-approved in forma pauperis application

26  (Doc. #3).  See 28 U.S.C. § 1915(a)(2).  Plaintiff was advised that

27  failure to file the requested items within thirty (30) days would

28  result in dismissal of the action.  Doc. ## 2 & 3.

1          The deadline has passed and Plaintiff has not provided the

2  Court with the requisite items.  The action, therefore, is DISMISSED

3  without prejudice.  No filings fees are due.

4          The Clerk is directed to terminate all pending motions as

5  moot and close the file.

6

7          IT IS SO ORDERED.

8

9  DATED      *06/04/2012*                                 

                                           THELTON E. HENDERSON

10                                     United States District Judge

11

12

13

14

15  G:\PRO-SE\TEH\CR.12\Canada-12-2022-no complaint-no ifp-dismissal.wpd

16

17

18

19

20

21

22

23

24

25

26

27

28                                **2**