**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

In re RONALD LEE CANADA          No. C 12-2022 TEH (PR)

                              ORDER OF DISMISSAL

_____/

On April 23, 2012, Plaintiff, a state prisoner presently incarcerated at California State Prison - Sacramento ("CSP-Sacramento), filed a letter with this court alleging that he is being mistreated by prison officials at CSP-Sacramento in retaliation for exercising his constitutional rights and that he is having trouble obtaining his legal property. Doc. #1. The Court Clerk notified Plaintiff in writing at that time that his action was deficient because his complaint was incomplete (Doc. #2) and because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed court-approved in forma pauperis application (Doc. #3). See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action. Doc. ## 2 & 3.

1  The deadline has passed and Plaintiff has not provided the
2 Court with the requisite items.  The action, therefore, is DISMISSED
3 without prejudice.  No filings fees are due.
4  The Clerk is directed to terminate all pending motions as
5 moot and close the file.

7  IT IS SO ORDERED.

9 DATED     _06/04/2012_      
10  THELTON E. HENDERSON
   United States District Judge

15 G:\PRO-SE\TEH\CR.12\Canada-12-2022-no complaint-no ifp-dismissal.wpd

**2**